ALSD Local 91 (Rev. 5/18) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>Christopher Lopez Rosario<br>Jose Manuel Martinez Perez<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 20-mj-110<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 15, 2020,__ in the county of __Mobile__ in the __Southern__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46 U.S.C. 70503(a) | An individual may not knowingly or intentionally manufacture or distribute, or possess with intent to manufacture or distribute, a controlled substance on board a vessel of the United States or a vessel subject to the jurisdiction of the United States. |
| Title 46 U.S.C. 70506 | Conspiracy to violate Title 46 U.S.C. 70503(a) |

This criminal complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

_____
Complainant's signature

Matthew J. Chakwin, Special Agent, HSI
Printed name and title

Sworn to before me and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1.

Date: __12/21/2020__

P. Bradley Murray
U.S. Magistrate Judge

Digitally signed by P. Bradley Murray U.S. Magistrate Judge
DN: cn=P. Bradley Murray U.S. Magistrate Judge, o=Southern District of Alabama, ou=United States District Court, email=efile_murray@alsd.uscourts.gov, c=US
Date: 2020.12.21 14:24:06 -06'00'

Judge's signature

City and state: __Mobile, Alabama__   Hon. P. Bradley Murray, U.S. Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | MAGISTRATE NO. 20-mj-110 |
| ) | |
| Christopher Lopez ROSARIO and  ) | |
| Jose Manuel MARTINEZ  ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew J. Chakwin, being duly sworn, depose and state:

I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code, who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Section 2516 of Title 18 of the United States Code.

I am a Special Agent and currently employed by Homeland Security Investigations ("HSI") and have been a federal law enforcement officer since April 2009. My formal education includes a Bachelor of Science Degree in Criminal Justice Studies from Georgia State University. From April 2009 until September 2009, I attended the Federal Law Enforcement Training Center ("FLETC"). During the course of my formalized training at FLETC, I learned the fundamentals of how to conduct criminal investigations.

I am currently assigned to the Resident Agent in Charge Office of Mobile, Alabama, and am charged with investigations relating to organizations that utilize aircraft, boats, cars and other means to smuggle or traffic weapons, drugs, currency, contraband or that use these means to provide logistical support for their illicit operations. I am also involved with investigations related to drug trafficking through and around sea ports of entry. During this time, I have participated in the investigation of various drug trafficking organizations ("DTOs") involved in the acquisition, importation, transportation and distribution of controlled substances into and through the Southern District of Alabama. As the nature of my ongoing work at HSI requires that I keep abreast of recent trends and developments involved in the investigation of DTO's, I

also speak with agents from the Drug Enforcement Administration ("DEA"), United States Border Patrol ("USBP"), Customs and Border Protection ("CBP") and various other local law enforcement officers operating within the Southern District of Alabama.

As a law enforcement officer since 2009, I have been involved in numerous controlled substance related investigations involving various illegal substances, including heroin, cocaine, methamphetamine and marijuana.

By virtue of my employment as a Special Agent with HSI, I have performed or been trained in various tasks, which include, but are not limited to (a) providing surveillance, by observing and recording movements of persons trafficking in controlled substances and those suspected of trafficking in controlled substances; (b) tracing currency and assets gained by controlled substance traffickers from the illegal sale of controlled substances and/or the laundering of monetary instruments; (c) interviewing witnesses, cooperating individuals, and informants relative to the illegal trafficking of controlled substances; and (d) functioning as a case agent, which entails the supervision of specific investigations involving the trafficking of narcotics and the laundering of monetary instruments.

This Affidavit is made in support of an application for the issuance of an arrest warrant for **Christopher Lopez ROSARIO and Jose Manuel MARTINEZ Perez.** I am familiar with the information contained in this Affidavit based upon my involvement in this investigation and based on information provided by other law enforcement officers.

Because this Affidavit is being submitted for the limited purpose of securing an arrest warrant, this affidavit may not include every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of violations of Title 46 U.S.C., Sections 70503 and 70506 (b) by **Christopher Lopez ROSARIO and Jose Manuel MARTINEZ Perez** exist.

Title 46 U.S.C. 70503 makes it a crime to Manufacture, distribute, or possess a controlled substance on vessels. (a) Prohibitions. - An individual may not knowingly or intentionally manufacture or distribute, or possess with intent to manufacture or distribute, a controlled substance on board a vessel of the United States or a vessel subject to the jurisdiction of the United States. Title 46 U.S.C. 70506 (b) makes it a crime to conspire to violate Title 46 U.S.C. 70503.

As a result of the investigation described more fully below, there is probable cause to believe that **Christopher Lopez ROSARIO and Jose Manuel MARTINEZ Perez** knowingly and intentionally possessed with intent to distribute, a controlled substance on board a vessel of the United States or a vessel subject to the jurisdiction of the United States and conspired to do so in violation of Title 46 U.S.C. Sections 70503 and 70506 b).

The United States Coast Guard (USCG) has the authority under 14 U.S.C 89 to make inquiries, examinations, inspections, searches, seizures, and arrests upon the high seas and water over which the United States has jurisdiction, to enforce federal laws.

On December 15, 2020, a Caribbean Air and Marine Branch maritime patrol aircraft detected two vessels of interest approximately 52 nautical miles north of Aguadilla, Puerto Rico. This aircraft observed what appeared to be an at sea transfer of suspected contraband between the two vessels. AIRCLR MH-60 forward deployed to AIRBQN for Airborne Use of Force (AUF) and Surface Use of Force (SUF) operations. D7 granted a Statement of No Objection (SNO) for Right of Visit (ROV) boarding, AUF and SUF to compel compliance using Steps II (warning shots) and IV (disabling fire) on a profile go-fast vessel, displaying no indicia of nationality, and reasonably suspected of drug smuggling pursuant to international law. AIRCLR MH-60 arrived on scene, went overt at 0732Z, and witnessed the vessel jettison approximately

50 packages in position 19-02.3N 067-40.0W. The United States Coast Guard Cutter (CGC) William Trump was dispatched to encounter the vessel later identified as "BOTA PEJE". The CGC Trump arrived on scene, took actions that led to the GFV being intercepted, and took positive control of the vessel. CGC Trump recovered 3 packages of suspected contraband from the jettison field. A NIK test showed positive results for cocaine. The at sea weight is estimated at 3 kilograms. BOTA PEJE is a registered vessel from Puerto Rico, registration number PR5307AB. CGC Trump embarked the two crewmen from BOTA PEJE as detainees and destroyed the vessel as a danger to navigation.

The two detainees are believed to be US citizens from Puerto Rico.

Based on the foregoing, the Affiant believes that there is probable cause to believe that **Christopher Lopez ROSARIO and Jose Manuel MARTINEZ Perez** did knowingly and intentionally violate the provisions of Title 46 U.S.C., Sections 70503 and 70506 (b).

This Affiant respectfully requests that this Court issue an arrest warrant for **Christopher Lopez ROSARIO and Jose Manuel MARTINEZ Perez.**

_____
Special Agent Matthew Chakwin
Department of Homeland Security
Homeland Security Investigations (HSI)

THE ABOVE AGENT HAS ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(B) THIS 21st
DAY OF DECEMBER, 2020.

P. Bradley Murray
U.S. Magistrate Judge

Digitally signed by P. Bradley Murray U.S. Magistrate Judge
DN: cn=P. Bradley Murray U.S. Magistrate Judge, o=Southern District of Alabama, ou=United States District Court, email=efile_murray@alsd.uscourts.gov, c=US
Date: 2020.12.21 14:24:58 -06'00'

_____
HONORABLE P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE